**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

Case #:          10-32087
Debtor(s) Name:  NICHOLAS LEE BROGDEN /

Unclaimed Funds Check #:   11183211
Date Unclaimed Funds check issued:     May 18, 2011

**Amount remitted to Unclaimed Funds - case # 10-32087:     $420.00**
Claim Number:          999
Court Claim Number:    Debtor Refund Claim

Debtor Name and Address:

NICHOLAS LEE BROGDEN \
2117 WASHINGTON AVENUE
MORRISTOWN, TN  37814

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995